FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

SEP 2 1 2010

GREGORY C. LANGHAM
CLERK

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

'10 - CV - 0 2 3 1 5 *BNB*

Civil Action No. _____

**(The above civil action number must appear on all future papers**
**sent to the court in this action. Failure to include this number**
**may result in a delay in the consideration of your claims.)**

SHANE STEVENS-EL,

        Petitioner,

v.

DISTRICT COURT,

        Respondent.

_____

**ORDER DIRECTING CLERK TO COMMENCE CIVIL ACTION AND**
**DIRECTING PETITIONER TO CURE DEFICIENCIES**

_____

Petitioner has submitted to the court a document titled "Petition for a Rule to

Show Cause in Exercise of Original Jurisdiction." Although it is not clear exactly what

relief Petitioner is seeking in this court, he appears to be asserting some claim or claims

relevant to his Colorado state court criminal case. As part of the court's review

pursuant to D.C.COLO.LCivR 8.1, the court has determined that the submitted

documents are deficient as described in this order. Notwithstanding the deficiencies,

the clerk of the court will be directed to commence a civil action. Petitioner will be

directed to cure the following if he wishes to pursue his claims. Because Petitioner

does not allege that he has been convicted in his criminal case, he will be directed to

file on the proper form an application for a writ of habeas corpus pursuant to 28 U.S.C.

§ 2241. If Petitioner actually is challenging the validity of a state court conviction or

sentence, he must file an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 and he can obtain the proper form from the clerk of the court. Any papers that Petitioner files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)  xx   is not submitted
(2)  ___  is missing affidavit
(3)  ___  is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4)  ___  is missing certificate showing current balance in prison account
(5)  ___  is missing required financial information
(6)  ___  is missing an original signature by the prisoner
(7)  ___  is not on proper form
(8)  ___  names in caption do not match names in caption of complaint, petition or habeas application
(9)  ___  An original and a copy have not been received by the court.
Only an original has been received.
(10)  xx  other: <u>motion is necessary only if entire filing fee is not paid in advance</u>.

**Complaint, Petition or Application:**
(11)  xx  is not submitted
(12)  ___  is not on proper form
(13)  ___  is missing an original signature by the prisoner
(14)  ___  is missing page nos. ___
(15)  ___  uses et al. instead of listing all parties in caption
(16)  ___  An original and a copy have not been received by the court. Only an original has been received.
(17)  ___  Sufficient copies to serve each Petitioner/respondent have not been received by the court.
(18)  ___  names in caption do not match names in text
(19)  ___  other _____

Accordingly, it is

ORDERED that the clerk of the court commence a civil action in this matter. It is

FURTHER ORDERED that Petitioner cure the deficiencies designated above

**within thirty (30) days from the date of this order.** Any papers that Petitioner files in

response to this order must include the civil action number on this order. It is

FURTHER ORDERED that the clerk of the court mail to Petitioner, together with a copy of this order, two copies of the following form: Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915; Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that, if Petitioner fails to cure the designated deficiencies **within thirty (30) days from the date of this order**, the action will be dismissed without further notice. The dismissal shall be without prejudice.

DATED at Denver, Colorado, this _17TH_ day of _September_, 2010.

BY THE COURT:

_____
BOYD N. BOLAND
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. '10 - CV - 02315

Shane Stevens-El
1460 E. Bell Road #2140
Phoenix, AZ 85022

I hereby certify that I have mailed a copy of the **ORDER and two copies of the Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 forms** to the above-named individuals on    9/21/10

GREGORY C. LANGHAM, CLERK

By: _____
                    Deputy Clerk