IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02315-BNB

SHANE STEVENS-EL,

    Petitioner,

v.

DISTRICT COURT,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 27 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Petitioner, Shane Stevens-El, initiated this action by filing *pro se* a "Petition for a Rule to Show Cause in Exercise of Original Jurisdiction." Mr. Stevens apparently seeks to pursue claims that relate to a Colorado state court criminal case. In an order filed on September 21, 2010, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Stevens to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Stevens to file an application for a writ of habeas corpus and either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Stevens was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On October 20, 2010, Mr. Stevens filed a document titled "Affidavit of Financial Statement – In Forma Pauperis – Exercise of Constitution – Secured Right" in which he asks the Court to waive the filing fee because the Court cannot require him to pay a

filing fee or submit a financial affidavit in order to pursue his claims in this action. This request will be denied. Mr. Stevens must either pay the filing fee specified in 28 U.S.C. § 1914 or obtain leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 if he is unable to pay the filing fee. In order to obtain leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915, Mr. Stevens must file a properly supported motion.

Mr. Stevens has failed to cure the deficiencies within the time allowed as directed. He has not filed an application for a writ of habeas corpus and he has failed either to pay the filing fee or to file a properly supported motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Therefore, the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the petition is denied and the action is dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure because Petitioner failed to cure the deficiencies as directed.

DATED at Denver, Colorado, this   26th   day of   October  , 2010.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02315-BNB

Shane Stevens-El
1460 E. Bell Road #2140
Phoenix, AZ 85022

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 10/27/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk